UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KENT W. RATHMANN, individually and                                    PLAINTIFF
on behalf of all heirs-at-law and wrongful
death beneficiaries of Nicole Marie Rathmann,
deceased, and the Estate of Nicole Marie Rathmann

V.                                      CIVIL ACTION NO. 3:20-CV-33-KHJ-LGI

OFFICER ALLYSA MIDDLETON,                                            DEFENDANTS
SHEILA LAWSON, VICKIE BURTON,
TERESA BURTON, CENTURION OF MS
d/b/a CENTURION HEALTH SOURCES, and
JOHN DOES 1–10

ORDER

Before the Court is [99] Defendant Centurion of MS's Motion to File Exhibits Under Seal. The Court orders as follows:

1. Defendant's Motion [99] is granted such that the documents may be filed under restricted access because they contain Nicole Rathmann's health information and other personal information.

2. Defendant should present a copy of this Order, along with a copy of each document that Defendant wishes to file under restricted access, to the Clerk for docketing. The Clerk should docket the documents under restricted access, visible only to the Court and the parties.

SO ORDERED AND ADJUDGED, this the 22nd day of November, 2022.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE